IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Docket No. # 3:08MC164

IN THE MATTER OF:

*Drew Sharreff-EL*             RELEASE OF INFORMATION

The United States Probation Office has been requested to release confidential information from the case file of Drew Sharreff-EL, 3:03CR00219-4, to the Federal Bureau of Investigation pursuant to a continuing criminal investigation of related charges.

**THEREFORE, IT IS ORDERED** that confidential file material from the U.S. Probation Office's supervision file be released to the Federal Bureau of Investigation for investigative use.

SO ORDERED THIS 7th DAY OF OCTOBER, 2008.

Graham C. Mullen
U.S. District Court Judge